[No. 47021-3-I.   Division One.   January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03968-4, Joan E. DuBuque, J., and Roy Roistacher, J. Pro Tem., entered June 26, 2000. *Dismissed* by unpublished per curiam opinion.

[Nos. 47144-9-I; 47145-7-I.   Division One.   January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVELAND JACKIE GAMBLE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 98-1-02823-4, Ann Schindler, J., entered July 24, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 47384-1-I.   Division One.   January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT TAYLOR MOREHOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01071-1, Thomas J. Wynne, J., entered November 29, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 47495-2-I.   Division One.   January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN K. GYAMFI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05028-0, Philip G. Hubbard, Jr., J., entered October 2, 2000. *Affirmed* by unpublished per curiam opinion.